**Damon PHIPPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 70281.**

Missouri Court of Appeals,
Western District.

Oct. 27, 2009.

Rosalynn Koch, Columbia, MO, for appellant.

Shaun J. Mackelprang and Dora A. Fichter, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM:

Damon Phipps appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We affirm. Rule 84.16(b).